# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 16-40991
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

January 24, 2017

Lyle W. Cayce
Clerk

In the Matter of:  PAULA S. HOLLIS,

> Debtor

PAULA S. HOLLIS,

> Appellee

v.

GREGORY A. HOLLIS; JAMES HOLLIS,

> Appellants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In the Matter of:  PAULA S. HOLLIS,

> Debtor

GREGORY A. HOLLIS; JAMES HOLLIS,

> Appellants

v.

PAULA S. HOLLIS,

> Appellee

No. 16-40991

Appeal from the United States District Court
for the Eastern District of Texas
USDC Nos. 4:15-CV-784 and 4:15-CV-810

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.